# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 13
    Sandra Whitman                    :
        Debtor(s)                   :
                                            :    Bankruptcy No. 17-11830-MDC

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor, Sandra Whitman, by her attorney, Mike Gumbel, Esq., has filed an Objection to the Proof of Claim you filed in this Bankruptcy Case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection, scheduled to be held before the Honorable Magdeline D. Coleman on Thursday, November 30, 2017 at 11:00 A.M., in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

Date: October 16, 2017                /s/ Mike Gumbel_____
                                                  MIKE GUMBEL, ESQUIRE
                                                  Attorney for Debtor
                                                  850 S. 2nd Street
                                                  Philadelphia, PA 19147
                                                  (215) 592-1899
                                                  (215) 592-8868 (Fax)