*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sandra Whitman
    Debtor(s)

Case No: 17–11830–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED HEARING on Objection Filed by Debtor to Claim Number 3 by Claimant US Bank National Association

    on: 1/23/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/22/17

Timothy B. McGrath
Clerk of Court

42
Form 167