United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-11830-mdc
Sandra Whitman                                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 1              Date Rcvd: Dec 22, 2017
                              Form ID: 167             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db             +Sandra Whitman,    226 Old Lancaster Road,    Devon, PA 19333-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              JAMES P. SHAY    on behalf of Creditor    LaSalle Bank National Association, et al
               james.shay@phelanhallinan.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MICHAEL GUMBEL    on behalf of Debtor Sandra   Whitman mgumbel@bainbridgelawcenter.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LaSalle Bank National Association, et al
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sandra Whitman
    Debtor(s)

Case No: 17–11830–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED HEARING on Objection Filed by Debtor to Claim Number 3 by Claimant US Bank National Association

    on: 1/23/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/22/17

Timothy B. McGrath
Clerk of Court