**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Sandra Whitman | : | |
|    Debtor(s) | : | |
| | : | Bankruptcy No. 17-11830-MDC |

**PRAECIPE TO WITHDRAW DEBTOR'S**
**OBJECTION TO PROOF OF CLAIM**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtor's Objection to Proof of Claim Number 3 in the above captioned case.

/s/ Mike Gumbel
MIKE GUMBEL, ESQ.
Attorney for Debtor
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA  19147
T-(215) 592-1899
F-(215) 592-8868
mgumbel@bainbridgelawcenter.com