# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra Whitman <br>                         Debtor(s) <br><br> U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A, its successors and/or assigns <br>                         Movant <br>     vs. <br><br> Sandra Whitman <br>                         Debtor(s) <br><br> William C. Miller Esq. <br>                         Trustee | CHAPTER 13 <br><br><br><br> NO. 17-11830 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A, which was filed with the Court on or about **September 12, 2017; Docket No. 31**.

                                                          Respectfully submitted,

                                                          **/s/ Kevin G. McDonald, Esquire**
                                                          Kevin G. McDonald, Esquire
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA  19106
                                                          215-627-1322

October 10, 2018