**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Sandra Whitman | : | |
|     Debtor(s) | : | |
| | : | Bankruptcy No. 17-11830-MDC |

**ORDER**

**AND NOW,** this __7th__ day of __March__, 2019, upon consideration of the Application For Compensation filed by Mike Gumbel, Counsel for Debtor, and any response thereto, said Application is GRANTED and Mike Gumbel is awarded the sum of $4,250.00 in attorney fees and $0 in administrative expenses.

                          **BY THE COURT:**

                          *Magdeline D. Coleman*
                          _____
                          **HONORABLE MAGDELINE D. COLEMAN,**
                          **U.S. BANKRUPTCY JUDGE**

| | |
|---|---|
| Office of the United States Trustee<br>833 Chestnut Street, Ste 500<br>Philadelphia, PA 19107 | Mike Gumbel, Esq.<br>850 S. 2nd Street<br>Philadelphia, PA 19147 |
| William C. Miller, Trustee<br>1234 Market Street, Ste 1813<br>Philadelphia, PA 19107 | Sandra Whitman<br>226 Old Lancaster Road<br>Devon, PA 19333 |