United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-11830-mdc
Sandra Whitman                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore            Page 1 of 1            Date Rcvd: Mar 07, 2019
                                Form ID: pdf900            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db             +Sandra Whitman,    226 Old Lancaster Road,    Devon, PA 19333-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 08 2019 02:49:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:47
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:02       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              JAMES P. SHAY    on behalf of Creditor    LaSalle Bank National Association, et al
               james.shay@phelanhallinan.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MICHAEL   GUMBEL    on behalf of Debtor Sandra   Whitman mgumbel@bainbridgelawcenter.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LaSalle Bank National Association, et al
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                               :        Chapter 13
    Sandra Whitman                      :
    Debtor(s)                           :
                                        :        Bankruptcy No. 17-11830-MDC

**ORDER**

**AND NOW,** this __7th__ day of _____March_____, 2019, upon consideration of the Application For Compensation filed by Mike Gumbel, Counsel for Debtor, and any response thereto, said Application is GRANTED and Mike Gumbel is awarded the sum of $4,250.00 in attorney fees and $0 in administrative expenses.

                      **BY THE COURT:**

                      *Magdeline D. Coleman*
                      _____
                      **HONORABLE MAGDELINE D. COLEMAN,
                      U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Mike Gumbel, Esq.
850 S. 2nd Street
Philadelphia, PA 19147

William C. Miller, Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

Sandra Whitman
226 Old Lancaster Road
Devon, PA 19333