United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11830-mdc
Sandra Whitman                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2            Date Rcvd: Jun 20, 2019
                              Form ID: pdf900            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
```
db          #+Sandra Whitman,    226 Old Lancaster Road,    Devon, PA 19333-1442
13887905    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13963379      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
13891676    +LL Bean,   Card Services,    P.O. Box 13337,    Philadelphia, PA. 19101-3337
13891677     Macy's American Express Account,    P.O. Box 9001108,    Louisville, KY 40290-1108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 21 2019 02:49:19     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 02:48:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 21 2019 02:49:08     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14264211     +E-mail/Text: mgumbel@bainbridgelawcenter.com Jun 21 2019 02:48:36     Bainbridge Law Center,
              850 S. 2nd Street,    Philadelphia, PA 19147-3430
13968048      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2019 02:53:51
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13968537      E-mail/Text: jennifer.chacon@spservicing.com Jun 21 2019 02:49:29
              U.S. Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
```
              JAMES P. SHAY    on behalf of Creditor    LaSalle Bank National Association, et al
               james.shay@phelanhallinan.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MICHAEL GUMBEL    on behalf of Debtor Sandra  Whitman mgumbel@bainbridgelawcenter.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LaSalle Bank National Association, et al
               paeb@fedphe.com
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jun 20, 2019
                              Form ID: pdf900          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                   TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SANDRA WHITMAN                                  Chapter 13

                    Debtor            Bankruptcy No. 17-11830-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___20th___ day of _____June_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL GUMBEL
850 S 2ND ST

PHILADELPHIA, PA 19147

Debtor:
SANDRA WHITMAN

226 OLD LANCASTER ROAD

DEVON, PA 19333